# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS

**FILED**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
JUL 15 2013
BY_____ DEPUTY CLERK

UNITED STATES OF AMERICA

v.

**DONALD SCOTT, JR.**

**CRIMINAL COMPLAINT**

CASE NUMBER: W: 13-158 M

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about **April 24, 2013,** in **McLennan** County, in the **Western** District of **Texas**, defendant(s), **unlawfully, knowingly, and intentionally did possess with intent to distribute a controlled substance, which offense involved a mixture or substance containing cocaine base, also known as "crack" cocaine, a Schedule II Narcotic Drug Controlled Substance,** in violation of Title **21**, United States Code, Sections **841(a)(1)**.

I further state that I am a(n) **Investigator, Waco Police Department, Drug Enforcement Unit,** and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

continued on the attached sheet and made a part hereof: YES

RONDELL BLATCHE, Investigator
Waco Police Department
Drug Enforcement Unit

Sworn to before me and subscribed in my presence,

July 15, 2013
Date

Jeffrey C. Manske
U.S. Magistrate Judge
Name & Title of Judicial Officer

Waco, Texas
City and State

Signature of Judicial Officer

## AFFIDAVIT

I, **RONDELL BLATCHE'**, am a Narcotic Investigator with the Waco Police Department, Drug Enforcement Unit, Waco, Texas.

I have been a Narcotics Investigator with the Waco Police Department since January, 2013, and began my law enforcement career in 2005. During this time period I have been involved in numerous investigations of individuals who derive substantial income from the illegal importation, manufacture, distribution, and sale of illegal controlled substances. In addition, I have had experience in the execution of narcotic search warrants, debriefing defendants, participant witnesses, informants, and other persons who have personal knowledge of amassing, spending, converting, transporting, distributing, laundering, and concealing of proceeds of narcotic trafficking.

On April 24, 2013, Waco Police Department executed two search warrants on a residence located within the city of Waco, McLennan County, which is located within the Waco Division of the Western District of Texas. The residence was actually a four-plex, with apartments B and D as the target residences of the search warrants. Both were under the control of **DONALD SCOTT, JR.** During the execution of the search warrants, in Apt. B, which is the downstairs apartment, officers located **SCOTT'S** father, two sets of scales and a firearm under the couch that the elder SCOTT was sitting on.

During a search of the upstairs apartment, Apt. D, officers located **SCOTT, JR.** and a white female. They also found approximately 20 grams of cocaine base, also known as "crack" cocaine, heroin, marijuana and assorted prescription pills. They also located a key for Apt. B on his person as he attempted to run out of his apartment.

In the training and experience of Affiant, the "crack" cocaine possessed was an amount for distribution and not for personal use.

RONDELL BLATCHE, Investigator
Waco Police Department, Drug Enforcement Unit

SUBSCRIBED AND SWORN TO BEFORE ME, this the 15th day of July, 2013.

JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE