CLERK'S COPY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.

WARRANT FOR ARREST

DONALD SCOTT, JR.

CASE NUMBER: W:13-158M

TO: The United States Marshal
and any Authorized United States Officer

2013 JUL 16 AM 9:27

YOU ARE HEREBY COMMANDED to arrest __DONALD SCOTT, JR.__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

( ) Indictment  ( ) Information  (X) Complaint  ( ) Order of court  ( ) Violation Notice  ( ) Probation Violation Petition

charging him or her with: unlawfully, knowingly, and intentionally possessing with intent to distribute a controlled substance, which offense involved a mixture or substance containing cocaine base, also known as "crack" cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Sections 841.

JEFFREY C. MANSKE
Name of Issuing Officer

U. S. Magistrate Judge
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

July 15, 2013         Waco, TX
Date and Location

Bail fixed at $ _detained_

by Jeffrey C. Manske, U. S. Magistrate Judge
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |