AO 471 (Rev 1/09) Order to Detain a Defendant Temporarily Under 18 U.S.C. § 3142(d)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

FILED JUL 23 2013 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | ORDER OF TEMPORARY DETENTION TO PERMIT REVOCATION OF CONDITIONAL RELEASE, DEPORTATION OR EXCLUSION |
| vs. | | |
| (1) DONALD SCOTT JR. *Defendant* | | Case Number: WA:13-M-00158(1) |

## ORDER TO DETAIN A DEFENDANT TEMPORARILY UNDER 18 U.S.C. § 3142(d)

At the time of the alleged offense, the defendant was not a United States citizen or a person lawfully admitted for permanent residence, or, alternatively, the defendant was on release pending trial for a state or federal felony; on release after conviction for any type of offense, state or federal; or on probation or parole. This court finds that the defendant, if released, may flee or pose a danger to another person or the community.

I further ORDER that a(n) [ ] arraignment [X] detention hearing [X] preliminary hearing (if required) be held on __8/1/13__ at __2:00 P.M.__ before the Honorable JEFFREY C. MANSKE, U.S. Magistrate Court, Courtroom No. 3, Second Floor, 800 Franklin Avenue, Waco, Texas. **IT IS ORDERED:** The defendant must be detained temporarily under 18 U.S.C. § 3142 (d) until __8/1/13__.

The attorney for the government is directed to notify the appropriate court, probation or parole officer, state or local law enforcement officer, or the United States Citizenship and Immigration Services so that a detainer may be placed on the defendant or custody may be transferred. If no action is taken by the above date, the defendant must be brought before this court on that date for further proceedings.

__7/23/13__
Date

*Jeffrey C. Manske*
JEFFREY C MANSKE
U.S. MAGISTRATE JUDGE