# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS

FILED
JUL 2 3 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

UNITED STATES OF AMERICA

v.                                                    WARRANT FOR ARREST

DONALD SCOTT, JR.       **ORIGINAL**

CASE NUMBER: W : 13-158M

TO: The United States Marshal
   and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest                DONALD SCOTT, JR.
                                                         Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

() Indictment   () Information   (X) Complaint   () Order of court   () Violation Notice   () Probation Violation Petition

charging him or her with:   unlawfully, knowingly, and intentionally possessing with intent to distribute a controlled substance, which offense involved a mixture or substance containing cocaine base, also known as "crack" cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Sections 841.

JEFFREY C. MANSKE                          U. S. Magistrate Judge
Name of Issuing Officer                     Title of Issuing Officer

Signature of Issuing Officer                July 15, 2013          Waco, TX
                                            Date and Location

Bail fixed at $ _detained_                  by Jeffrey C. Manske, U. S. Magistrate Judge
                                            Name of Judicial Officer

| RETURN |
| --- |

This warrant was received and executed with the arrest of the above-named defendant at _1318 TABOR, WACO, TX_

| DATE RECEIVED 7-15-2013 | NAME AND TITLE OF ARRESTING OFFICER Matthew Kalinec | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 7-22-2013 | Deputy US Marshal | |

ENTERED
15 JUL 13