# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

**FILED AUG 01 2013**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY DEPUTY CLERK

UNITED STATES OF AMERICA §
§
vs. § Case Number: WA:13-M-00158(1)
§
(1) DONALD SCOTT JR §
*Defendant*

PROCEEDINGS: PRELIMINARY HEARING    DATE: 08/01/2013

## WITNESSES

GOVERNMENT(S):

1. RONDELL BLATCHE
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 

DEFENDANT(S):

1. 
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15.